USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Harina BAMBA,

Petitioner,

-against-

LaDeon FRANCIS, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; David VENTURELLA, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Markwayne MULLIN in his official capacity as Secretary of Homeland Security; Todd BLANCE, in her official capacity as Attorney General; U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement,

Respondents.

26 Civ. 8232 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 and motion to enjoin Petitioner's transfer. *See* ECF Nos. 1, 2. Petitioner's transfer or removal to any location outside of this District or the Eastern District of New York is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 2 and electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: September 22, 2026
New York, New York

ANALISA TORRES
United States District Judge