USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COU[RT]
FOR THE SOUTHERN DISTRICT OF NE[W YORK]

**Harina BAMBA,**

*Petitioner,*

v.

**LaDeon FRANCIS**, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; **David VENTURELLA**, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; **Markwayne MULLIN** in his official capacity as Secretary of Homeland Security; **Todd BLANCE**, in her official capacity as Attorney General; **U.S. Department of Homeland Security** and **U.S. Immigration and Customs Enforcement**,

*Respondents*.

Case No. 1:26-cv-08232-AT

**ORDER**

Having reviewed the Joint Letter by the parties requesting a proposed submission schedule and Petitioner's unopposed request for an Order permitting the Clerk to file the exhibits with ECF No. 1, the Court HEREBY ORDERS as follows:

1. The proposed submission schedule by the parties is hereby Ordered as follows:

   Petitioner will file an amended petition and memorandum of law by **September 24, 2026**;

   Petitioner will file a motion pursuant to *Mapp v. Reno* by **September 24, 2026;**

   Respondents will submit a response to the amended petition and motion pursuant to *Mapp v. Reno* **by September 30, 2026**;

Petitioner will submit a reply to Respondents' responses by October 2, 2026.

2. Petitioner's request for an Order permitting the Clerk to file the exhibits with ECF No. 1 is GRANTED and the Clerk of Court is respectfully requested to file the exhibits with ECF No. 1

SO ORDERED.

Dated: September 23, 2026
New York, New York

United States District Judge Analisa Torres