USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bamba Harina,

Petitioner,

-against-

LaDeon Francis, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; David Venturella, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Markwayne Mullin in his official capacity as Secretary of Homeland Security; Todd Blanche, in her official capacity as Attorney General; U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement,

Respondents.

26 Civ. 8232 (AT)

**ORDER**

ANALISA TORRES, District Judge:

At 11:28 a.m. today, the Court emailed the parties an order (the "Order") granting Petitioner, Harina Bamba's, [1] *Mapp v. Reno* motion and directing the government to "release [Petitioner] from custody." Order at 7, ECF No. 20.

At 4:19 p.m. today, the Court received an email from Petitioner's counsel stating that the government intended to subject Petitioner to an ankle monitor and other restrictions. The government responded, first arguing that "the law authorizes and requires" its conduct and then stating that it would not subject Petitioner to the ankle monitor. An ankle monitor is a form of custody. *See, e.g.*, *Khabazha v. United States Immigr. & Customs Enf't*, No. 25 Civ. 5279, 2025 WL 3281514, at *3 (S.D.N.Y. Nov. 25, 2025).

"The parties shall confer as to whether any conditions on [Petitioner's] release are required and, if so, what conditions should be." *Fulton v. Mullin*, 181 F.4th 292, 294 (2d Cir. 2026). If the parties are unable to agree within a week of this order, they shall submit a letter outlining any disputes by **October 13, 2026**. The letter shall address whether the supervision requirement in 8 U.S.C. § 1231(a)(6) applies when a non citizen is initially detained after the 90-day removal period. *See Diallo v. Joyce*, 817 F. Supp. 3d 202 (S.D.N.Y. 2025).

The government is directed not to place Petitioner on an ankle monitor or impose any additional conditions on his release until further order of the Court.

SO ORDERED.

Dated: October 6, 2026
New York, New York

ANALISA TORRES
United States District Judge

[1] Despite the fact that the caption styles Petitioner's name as Bamba Harina, *see* Am. Pet., ECF No. 14, his first name is Harina and his last name is Bamba, *see id.* ¶ 1.